## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS
## EAST ST. LOUIS DIVISION

| | |
|---|---|
| TONI D. HERGENROEDER, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No.  05-CV-691-DRH |
| | ) |
| THE PURDUE PHARMA COMPANY, | ) |
| PURDUE PHARMA, L.P., | ) |
| PURDUE PHARMA INC., | ) |
| PURDUE FREDERICK COMPANY, | ) |
| THE P.F. LABORABORIES, INC., | ) |
| and MALLINCKRODT, INC., | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

**HERNDON, District Judge:**

Now before the Court is the parties' stipulation for dismissal with prejudice (Doc. 35).  Based on the parties' stipulation, the Court **DISMISSES with prejudice** this case with each party to bear its own costs.  The Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 19th day of January, 2007.

/s/         David   RHerndon
**United States District Judge**