IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONI D. HERGENROEDER,

    Plaintiff,

    vs.                          Cause No. 05-CV-691 DRH

THE PERDUE PHARMA COMPANY
PURDUE PHARMA, L.P.,
PURDUE PHARMA, INC.,
PURDUE FREDERICK COMPANY,
THE P.F. LABORATORIES, INC., and
MALLINCKRODT, INC.,

    **Defendant**s.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------

                                                **NORBERT G. JAWORSKI, CLERK**

January 22, 2007                    By:   s/Patricia Brown
                                                Deputy Clerk

APPROVED: /s/   David R Herndon
                **U.S. DISTRICT JUDGE**